IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MALCOLM HATTER, JR.**                                 **PLAINTIFF**
**# 13093-23**

v.            **CASE NO: 4:24-cv-00540-JM-JTK**

**ERIC S. HIGGINS, et al.**
                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 4th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE